**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: PHILADELPHIA COUNTY      : No. 102 EM 2014
TWENTY-SIXTH ADDITIONAL         :
INVESTIGATING GRAND JURY,        :
NOTICE C-1                       :
                                         :
                                         :
PETITION OF:  RICHARD BASCIANO,    :
2100 WEST MARKET STREET CORP.,    :
2132 WEST MARKET REALTY CORP.,    :
STB INVESTMENTS CORP.              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of September, 2014, the Application for Extraordinary Relief Pursuant to 42 Pa.C.S. § 726 and for a Stay of Proceedings Pending Review is **DENIED**.